IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH GARCIA, | 1:06-CV-00167-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT |
| vs. | |
| M. LUNES, et al., | (DOCUMENT #19) |
| Defendants. | (60) SIXTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 11, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: __March 27, 2008__          ____/s/ Gary S. Austin____
                                    UNITED STATES MAGISTRATE JUDGE