IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSEPH GARCIA, | 1:06-cv-00167-AWI-GSA (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT NUNC PRO TUNC |
| M. LUNES, et al., | |
| Defendants. | (DOCUMENT #21) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983. On June 3, 2008, plaintiff filed a motion to extend time to file an amended complaint. Inasmuch as plaintiff filed the amended complaint on June 3, 2008, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time to file an amended complaint is GRANTED nunc pro tunc to May 30, 2008.

IT IS SO ORDERED.

Dated:   **July 3, 2008**          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE